# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SHERMAN COLEMAN,

              Petitioner

        v.

NANCY A. GIROUX,

              Respondent

: No. 366 WAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.